FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8987

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Melissa Lizbeth GOMEZ-Campos
Defendant.

Magistrate Case No.:
COMPLAINT FOR VIOLATION OF
21 U.S.C. § 952 and 960
Importation of a Controlled Substance (Felony)

The undersigned complainant being duly sworn states:

That on or about December 16, 2007, within the Southern District of California, defendant Melissa Lizbeth GOMEZ-Campos did knowingly and intentionally import approximately 23.50 kilograms (51.70 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th DAY OF DECEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

**v.**

**Melissa Lizbeth GOMEZ-Campos**

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Jeffrey Gilgallon.

On December 16, 2007, at approximately 1148 hours, Melissa Lizbeth GOMEZ-Campos attempted to enter the United States from the Republic of Mexico through the West Calexico, California Port of Entry. GOMEZ was the driver and registered owner of a 1991 Ford Ranger.

Customs and Border Protection Officer (CBPO) J. Carp received a negative oral customs declaration from GOMEZ. CBPO Carp noticed a depth discrepancy in the roof of a camper shell on the truck. CBPO Carp also noticed the interior roof light of the camper shell didn't have any wires leading to it. CBPO Carp walked GOMEZ and the truck to the vehicle secondary inspection area.

During secondary examination, a Narcotic Detector Dog (NDD) alerted to the camper shell of the truck. Officers subsequently discovered a total of four (4) packages concealed in the roof of the camper shell. This substance field-tested positive for the presence of marijuana. The total weight of the packages was approximately 23.50 kilograms (51.70 pounds).

GOMEZ was placed under arrest and advised of her Miranda Rights. GOMEZ stated she understood her rights and agreed to answer questions. GOMEZ stated she was to be paid $600.00 for smuggling the marijuana into the United States.

GOMEZ was booked into the Imperial County Jail pending her initial appearance before a U.S. Magistrate Judge.