# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **MELISSA GOMEZ-CAMPOS** Defendants. | ) ) ) ) ) ) ) ) | Case No. **08CR0074-JLS** **ORDER** |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the sentencing hearing in the above-captioned case be continued from **May 9, 2008** at **9:00AM** to **June 20, 2008** at **9:00AM.**

**SO ORDERED.**

**DATE:** March 5, 2008

Janis L. Sammartino

**HON. JANIS L. SAMMARTINO**