# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
)
MELISSA LIZABETH GOMEZ-CAMPOS )
)

CASE NUMBER 2008 CR 0074-JLS

ABSTRACT OF ORDER

Booking No. 05795 298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/20/08

the Court entered the following order:

✓ Defendant be released from custody.

________ Defendant placed on supervised / unsupervised probation / supervised release.

________ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

________ Defendant released on $________ bond posted.

________ Defendant appeared in Court. FINGERPRINT & RELEASE.

________ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

✓ Defendant sentenced to TIME SERVED, supervised release for 3 years.

________ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

________ Bench Warrant Recalled.

________ Defendant forfeited collateral.

________ Case Dismissed.

________ Defendant to be released to Pretrial Services for electronic monitoring.

________ Other.________

________________
UNITED STATES MAGISTRATE JUDGE

OR

Received [signature]
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY